Alexander J. Taylor, Esq.
California Bar No. 332334
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KEVIN AGARPAO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 8:25-cv-01172-CAS-KESx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Honorable Judge Christina A. Snyder<br><br>Magistrate Judge Karen E. Scott |

　　This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

　　1. The Stipulation for Dismissal is GRANTED. The action against EXPERIAN INFORMATION SOLUTIONS, INC., is hereby dismissed without prejudice as to Plaintiff's claims which will automatically convert to with prejudice in 30 days. Each party to bear its own attorney's fees and costs.

Dated: November 7, 2025

　　　　　　　　　　　　　　　　　　　　*/s/ Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　　Honorable Christina A. Snyder
　　　　　　　　　　　　　　　　　　　　United States District Judge

1